Case 1:05-cv-01450-LJO Document 16 Filed 06/19/2006 Page 1 of 2
Case 1:05-cv-01450-NEW Document 17 Filed 06/23/06 Page 1 of 2
06-15-06 04:18pm From-US ATTORNEY FRESNO CA 5594498599 T-558 P.002/003 F-074

```
 1  JOEL D. LEIDNER
    Attorney at Law
 2  CA Bar No.: 52559
    4622 Hollywood Boulevard
 3  Los Angeles, CA 90027
    Telephone No.:(323) 664-5670
 4  Facsimile No.: (323) 662-0840
 5
    Attorney for Plaintiff
 6  MARTAIN M. JORDAN
```

**FILED**

JUN 23 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTAIN M. JORDAN | Case No: CV 05-1450 LJO |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE CONFIDENTIAL LETTER; ORDER THEREON |
| v. | |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that the plaintiff should have until August 1, 2006 to write and send a confidential letter regarding settlement. This extension is requested by both parties because although the transcript was sent to attorney Allan Cohan, it was not received by him. The parties assume that it was lost in the mail.

///

///

1

Case 1:05-cv-01450-LJO Document 16 Filed 06/19/2006 Page 2 of 2
Case 1:05-cv-01450-NEW Document 17 Filed 06/23/06 Page 2 of 2
06-15-06 04:20pm From-US ATTORNEY FRESNO CA 559 4974599 1-867 P.003/003 F-074

1   This Stipulation is entered upon request of both parties

2

3   DATED: June 15, 2006     By:   /s/Joel D. Leidner
4                                  JOEL D. LEIDNER
                                   Attorney for Plaintiff
5                                  MARTAIN M. JORDAN

6                                  McGREGOR W. SCOTT
7                                  United States Attorney

8   DATED: June 15, 2006     By:   /s/Kristi C. Kapetan
9                                  KRISTI C. KAPETAN
                                   Assistant United States
10                                 Attorney

11                                 Attorney for Defendant
12                                 Jo Anne E. Barnhart,
                                   Commissioner of the Social
13                                 Security Administration

14

15                ORDER

16  IT IS SO ORDERED.

17  Rec'd and Signed on

18  DATED: June 15, 2006
                23
19
                                   /s/ Lawrence J. O'Neill
20
                                   LAWRENCE J. O'NEILL
21                                 UNITED STATES MAGISTRATE JUDGE

2